967 A.2d 841

IN THE MATTER OF ANTOINETTE R. HOLLAND,
AN ATTORNEY AT LAW.

September 5, 2008.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ANTOINETTE R. HOLLAND** of **MONT-CLAIR,** who was admitted to the bar of this State in 1993, and who was suspended from the practice of law for a period of three months effective April 11, 2008, by Order of this Court filed March 12, 2008, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall inform the Office of Attorney Ethics when she obtains employment as an attorney, and respondent's payment of the fee required by *Rule* 1:20–21(d) shall be deferred until respondent has been employed as an attorney for a period of one year.